IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JANNISCH,<br><br>Defendant. | 6:23-po-5005-H-KLD<br><br>VIOLATION:  9597172 and 9597173<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a $20.00 fine, $10.00 special assessment and a $30.00 processing fee.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

It is further ordered that citation 9597172 is dismissed and any warrants are quashed.

DATED this 28th day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge